IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TAMMY HARRIS,

        Plaintiff,

v.                                           Case No. 15-1110-JTM-KGG

BINDER & BINDER,

        Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on plaintiff Tammy Harris's Motion for Leave to Proceed In Forma Pauperis (Dkt. 3) and United States Magistrate Judge Kenneth Gale's corresponding Report & Recommendation (Dkt. 8). Judge Gale found that plaintiff failed to provide sufficient financial data to establish a need to proceed *in forma pauperis* or to have counsel appointed. He further determined that plaintiff's complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted. Judge Gale allowed plaintiff 14 days to object to his recommendations. Plaintiff did not object. The court adopts Judge Gale's Report & Recommendation (Dkt. 8) in full.

IT IS ACCORDINGLY ORDERED this 15th day of July, 2015, that plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 3) is DENIED.

IT IS FURTHER ORDERED that plaintiff's complaint (Dkt. 1) is DISMISSED without prejudice.

s\ J. Thomas Marten
J. THOMAS MARTEN, JUDGE